UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00219 |
| | ) | JUDGE SHARP |
| KWAME HERROD [2] | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion for Continuance of Sentencing Hearing (Docket No. 210).

The motion is GRANTED and the sentencing hearing scheduled for Friday, March 14, 2014, is hereby rescheduled for Monday, April 14, 2014, at 2:00 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE